IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WASEEM DAKER,<br><br>            Plaintiff<br><br>VS.<br><br>JAMES DONALD, Commissioner, *et al.*,<br><br>            Defendants | **NO. 5: 04-CV-337 (DF)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

# RECOMMENDATION

On October 4, 2004, plaintiff filed the above-captioned complaint. Thereafter, the undersigned recommended that all defendants be dismissed except for Donald, Wetherington, Hall, Williams, and Sykes. Tab #5. Over the plaintiff's objections, the district judge adopted the recommendation of the undersigned. Tabs #10 and #15. The plaintiff has now filed a MOTION TO AMEND his complaint. Tab #11. In this motion, plaintiff seeks to have all defendants who were dismissed from the present suit reinstated and seeks to add claims against Brenda Murrell, Arthur R. Gordon, and Christopher Suber. *Id*. After careful consideration, the undersigned recommends that plaintiff's motion be **DENIED**.

In his original complaint, plaintiff sued for a violation of the Georgia Department of Corrections smoking *policy*. However, in his amended complaint, plaintiff is claiming that the defendants violated his Due Process rights by denying the *grievances* his filed for violation of the no smoking policy. Since these news claims to do not relate directly to plaintiff's attack on the institutional *policy*, but instead relate to the alleged denial of *grievances*, the undersigned finds that such claims are more appropriate for consideration in a new lawsuit.

Accordingly, IT IS RECOMMENDED that plaintiff's MOTION TO AMEND (Tab #11) be **DENIED**, *without prejudice* to his right to file a new action. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the LAST ADDRESS provided by him.

SO RECOMMENDED, this 29TH  dayof APRIL, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE