IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WASEEM DAKER,

                            Plaintiff

                  VS.

JAMES DONALD, *et al.*,

                            Defendants

**NO. 5: 04-CV-337 (DF)**

PROCEEDINGS UNDER 42 U.S.C. § 1983
BEFORE THE U.S. MAGISTRATE JUDGE

## RECOMMENDATION OF DISMISSAL

On October 3, 2005, defendant WASEEM DAKER filed A MOTION TO DISMISS WITHOUT PREJUDICE. Tab #40. The defendants do not object to said motion. Tab #42.

Accordingly, IT IS RECOMMENDED that the plaintiff's MOTION TO DISMISS WITHOUT PREJUDICE (Tab #40) be **GRANTED**. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the <u>LAST</u> <u>ADDRESS</u> provided by him.

SO RECOMMENDED, this 21st day of OCTOBER, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE