IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WASEEM DAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:04-CV-337(DF) |
| | : | |
| JAMES DONALD, et al., | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on October 21, 2005.  Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Plaintiff's Motion to Dismiss Without Prejudice (tab 40) is hereby **GRANTED**.

SO ORDERED, this 14th day of November, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab